IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY FALONEY** | : | CIVIL ACTION |
| v. | : | |
| **WACHOVIA BANK, N.A.,** | : | No. 07-CV-1455 |

ORDER

AND NOW, this 8th day of October, 2008 it is hereby ORDERED that Defendant's Motion for Leave to File Sur-Reply Memorandum in Opposition to Plaintiff's Motion for Certification of This Action as a Class Action is DENIED as moot.

BY THE COURT:

/s/ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE